No. 627. ROBINS ET AL. *v.* WETTLAUFER ET AL. January 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Stephen H. Philbin* for petitioners. *Mr. John S. Powers* for respondents.

No. 631. MINNIE KAPLAN *v.* LOEV; and

No. 632. CHARLES KAPLAN *v.* SAME. January 10, 1938. Petition for writs of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Robert M. Bernstein* for petitioners. *Mr. Frederick H. Spotts* for respondent. Reported below: 327 Pa. 465; 194 Atl. 653.

No. 615. TAULBEE, ADMINISTRATOR, *v.* GREAT NORTHERN RY. Co. January 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Lester H. Loble* for petitioner. *Mr. T. B. Weir* for respondent.

No. 670. MATARINI *v.* READING COMPANY. January 17, 1938. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Saul Nemser* for petitioner. No appearance for respondent.

No. 671. SCHULTZ *v.* LIVE STOCK NATIONAL BANK, ADMINISTRATOR. January 17, 1938. Petition for writ of certiorari to the Appellate Court of Illinois, First District, and motion for leave to proceed further *in forma pauperis,* denied. *Catherine Schultz, pro se.* No appearance for respondent.